UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB -4 PM 4: 35
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| RANDOLPH SPENCER | * | CIVIL ACTION NO. 05-0330 |
| VERSUS | * | SECTION |
| ORLEANS PARISH SCHOOL BOARD | | SECT. B MAG. 3 |

*************************************************************************

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, RANDOLPH SPENCER who alleges as follows:

1.

Made defendant herein is the Orleans Parish School Board.

2. The plaintiff worked as a teacher for the defendant "School Board".

3. On or about August 11, 2003 the plaintiff was disabled due to certain injuries.

4. The School Board demoted the plaintiff from his position as assistant principal to teacher because of his gender and sex.

5. The plaintiff timely filed a complaint with the "EEOC" complaining of discrimination both because of his sex and race.

6. The actions of the School Board was in violation of both Title VII of the Civil Rights Act of 1964 and Title I of the Americans with Disabilities Act of 1990.

7. Attached as exhibit "A" is the Determination by EEOC and Attached as exhibit "B" is the charge filed by the plaintiff with the EEOC.

8. The facts in Exhibit "A" and Exhibit "B" are incorporated by reference.

9. The plaintiff received a right to sue letter some time after November 6, 2004.

10. Plaintiff also earned wages from the defendant that the defendant failed to timely pay.

11. On December 19, 2004 the plaintiff demanded his wages by certified mail.

12. The School Board failed to pay the wages within three days of the demand.

13. The plaintiff if entitled to penalties and attorney fees for the failure to pay the wages due.

WHEREFORE, petitioner prays that the defendant be duly cited to appear and answer this petition and that it be served with a copy of the same, that after all proceedings be had, there be judgment herein in favor of petitioner and against the defendant for the full and true sum that is reasonable in the premises with legal interest thereon from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully submitted,
**GRAY & GRAY**

*/s/ James A. Gray, III*

James Austin Gray, II Bar No. 6262
Suite 2620 - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 599-8280
Facsimile: (504) 599-8289



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New Orleans District Office

701 Loyola Avenue, Suite 600
New Orleans, LA 70113-9936
(504) 589-2329
TTY (504) 589-2958
FAX (504) 589-6861
Website: www.eeoc.gov

FNO - ENF E-2

Charge Number: 270-2003-02815

Randolph Spencer
3925 Clermont Drive
New Orleans, LA 70122                                          Charging Party

and

Anthony Amato
Superintendent
Orleans Parish School Board
3500 General de Gaulle Drive
New Orleans, LA 70114                                          Respondent

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended and Title I of the Americans with Disabilities Act of 1990. The Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, (Title VII or the "statute"), 29 U.S.C. Section 621, et seq., as amended. All requirements for coverage have been met.

The Charging Party alleged that around August 11, 2003, he was demoted from Assistant Principal to the position of Teacher because of his gender and disability.

Based on evidence contained in the case and the totality of the case, the Commission has determined that the Charging Party's statements are credible. The Commission concludes there is reason to believe that violations of Title VII of the Civil Rights Act of 1964 and Title I of the Americans with Disabilities Act of 1990, have occurred as alleged.

Spencer vs. Orleans Parish School Board
EEOC Charge Number 270-2003-02815
Page 2

Upon finding that there is reason to believe that violations have occurred, the commission attempts to eliminate the alleged unlawful employment practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Section 706 and 709 of Title VII and Commission regulations apply to information obtained during the conciliation.

A proposed Conciliation Agreement that contains those provisions which, under the Commission's rules, regulations and guidelines, would provide relief to the affected party is attached. If the Respondent declines to discuss settlement or when, for any reasons, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the enforcement alternatives available to aggrieved persons and the Commission. Failure to contact the Commission within 14 business days of receipt of this proposed Conciliation Agreement will indicate an unwillingness to engage in Conciliation.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

4-12-04
Date

Manuel Zurita
Acting Director

Enclosures: Copy of the Charge of Discrimination
Proposed Conciliation Agreement
Posting Notice

cc:  Keith T. Hill, Regional Attorney
Dr. James Lloyd
ORLEANS PARISH SCHOOL BOARD
3500 General de Gaulle Drive
New Orleans, LA 70114

GS/gs:S:\GeorgeSimpson\270-2003-02815CLOD

Proposed Conciliation Agreement
Spencer vs Orleans Parish School Board
EEOC Charge No. 270-2003-02815
Page 3 of 4

## CHARGING PARTY'S RELIEF

1. The Respondent agrees to pay the Charging Party compensatory damages in the amount of $27,000.

2. The Respondent agrees to expunge the Charging Party's personnel file and records of all indications that he filed the instant charge of discrimination.

3. The Respondent agrees to immediately reinstates the Charging Party to his previous position of Assistant Principal at the commensurate rate of pay as similarly situated individuals, with no loss in seniority.

4. The Respondent agrees to restore all lost benefits associated with his former position upon his reinstatement to that capacity.

## REPORTING REQUIREMENTS

1. The Respondent agrees to submit to the Commission a copy of the check made payable to the Charging Party within thirty (30) days of the date of this Agreement.

2. The Respondent agrees to submit to the Commission an annual report for the period covered by this Agreement showing satisfactory completion of all conditions contained in this Agreement. The first annual report will be due within one (1) year of the execution of this Agreement.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>270-2003-02815 |
|---|---|---|

**Louisiana Commission On Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Randolph Spencer | (504) 940-6703 | 05-29-1948 |

Street Address: 3925 Clermont Drive New Orleans, LA 70122

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ORLEANS PARISH SCHOOL BOARD | 500 or More | (504) 365-8771 |

Street Address: 3510 Gen. De Gaulle Avenue New Orleans, LA 70114

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-11-2003    Latest: 08-11-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. On August 11, 2003 I was demoted from Assistant Principal to Teacher. I have worked for the Respondent since March 22, 1985.

II. Judy Haines (F), Interim Human Resources Director, and Anthony Amato (M), Superintendent, demoted me stating that it was the best interest of the system.

III. I believe that I was demoted because of my sex, male, and my disability. I was replaced by a female without any disabilities.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12/31/03
Charging Party Signature: Randolph Spencer

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)